## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Moises Isaias Pineda Gomez | : | |
| 51 Adams Drive | : | |
| Leesburg, VA  20176 | : | |
| | : | |
|     Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| GSF LLC d/b/a G Street Food | : | |
| 1120 19th Street, NW | : | |
| Washington, DC  20036 | : | |
| | : | |
|     Serve:  D.C. Registered Agent, Inc. | : | |
|            1120 20th Street, NW | : | |
|            Suite S-300-RLK | : | |
|            Washington, DC  20036 | : | |
| | : | |
|     and | : | |
| | : | |
| | : | |
| David Choi | : | |
| 1120 19th Street, NW | : | |
| Washington, DC  20036 | : | |
| | : | |
|     Defendants. | : | |

## COMPLAINT

Plaintiff, Moises Isaias Pineda Gomez ("Plaintiff"), by and through his attorneys, Mary

Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, hereby files his Complaint

against Defendants GSF LLC d/b/a G Street Food and David Choi (collectively "Defendants"),

under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA") and the D.C

Minimum Wage Revision Act ("DCMWRA"), stating as follows:

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3610480_2

INTRODUCTION

Plaintiff worked forty-eight hours per week for Defendants. He was not compensated for the overtime hours he worked each week. Defendants have willfully violated the clear and well-established minimum wage and overtime provisions of the FLSA and the DCMWRA. Plaintiff seeks compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

JURISDICTION & VENUE

1.      This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2.      Venue is proper pursuant to 28 U.S.C. § 1391.

PARTIES

3.      Plaintiff is an adult resident of Virginia.

4.      Defendant GSF LLC d/b/a G Street Food is a District of Columbia limited liability company with its principal place of business in the District of Columbia.

5.      Defendant Choi is the principal of G Street Food.

6.      At all times material herein, Defendants, in the aggregate and as a single enterprise, had annual gross volume of sales made or business done in an amount exceeding $500,000.

7.      Defendants have at least two or more employees who are engaged in interstate commerce and/or handle, sell, or otherwise work on goods or materials that have been moved or produced for commerce. Defendants also process credit card transactions for customer payments and purchase equipment and inventory that move in interstate commerce.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

2

3610480_2

FACTS

8.      Plaintiff was employed by Defendants from April, 2012, through March 21, 2014 (the "Employment Period").

9.      Plaintiff was paid an hourly rate of $10.00 per hour increasing to $10.50 per hour in October of 2013.

10.     Plaintiff worked an average of forty-eight hours per week throughout the Employment Period.

11.     Plaintiff worked Monday through Friday, 6:00 a.m. to 4:00 p.m.

12.     Plaintiff was paid by check for hours up to forty but paid in cash, at his regular rate, for overtime hours.

13.     Plaintiff was not paid one and a half times his regular hourly rate for hours worked in excess of forty per week.

14.     Plaintiff is owed approximately $4,208.00 in overtime wages.

15.     Plaintiff is owed overtime wages that Defendants willfully failed and refused to pay to Plaintiff in violation of District of Columbia and federal law.

16.     By statute, Defendants are required to maintain records which document the number of days Plaintiff worked.

17.     The precise number of hours worked, and wages owed, should be revealed through discovery.

18.     Defendants knowingly and intentionally violated Plaintiff's rights under District of Columbia and federal law.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3610480_2

## COUNT I
### (Violation of the District of Columbia Minimum Wage Revision Act)

19.     Plaintiff adopts herein by reference paragraphs 1 through 18 above as if fully set forth herein.

20.     At all times relevant hereto, each Defendant was an "employer" within the meaning of the DCMWRA.  *See* DCMWRA §32-1002(3).

21.     Plaintiff was an "employee" within the meaning of the DCMWRA.  *See* DCMWRA § 32-1002(3).

22.     Defendants were required to pay Plaintiff one and a half times his normal hourly wage for hours in excess of forty hours per week.  *See* DCMWRA § 32-1003(c).

23.     Throughout the Employment Period, Defendants failed to properly pay Plaintiff overtime required by the DCMWRA.

24.     Unpaid wages are due and owing to Plaintiff by Defendants.

25.     Defendants' failure and refusal to comply with their obligations under the MWHL was willful and not in good faith.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants, jointly and severally, and in favor of Plaintiff in an amount to be determined at trial, but not less than $8,416.00, reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT II
### (FLSA)

26.     Plaintiff adopts herein by reference paragraphs 1 through 18 above as if fully set forth herein.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3610480_2

27.     At all times relevant hereto, each Defendant was "employer" within the meaning of the FLSA. 29 U.S.C. § 203(d).

28.     Defendants were engaged in "interstate commerce" within the meaning of the FLSA.

29.     Plaintiff was an "employee" within the meaning of the FLSA.

30.     Defendants were required to pay Plaintiff compensation at the rate of one and a half times his normal hourly wage for all hours worked in excess of forty hours per week. *See* 29 U.S.C. § 207(a)(2).

31.     During the Employment Period, Plaintiff worked an average of forty-eight hours per week.

32.     Throughout the Employment Period, Defendants failed to compensate Plaintiff at the required minimum hourly rate.

33.     Throughout the Employment Period, Defendants failed to compensate Plaintiff at the rate of one and a half times the minimum hourly wage for all hours worked in excess of forty hours per week.

34.     Defendants' actions complained of herein constitute a willful violation of Sections 206 and 207 of the FLSA.

35.     Defendants' violation makes Defendants liable to Plaintiff for all unpaid wages and unpaid overtime compensation, and in addition equal amount as liquidated damages.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants, jointly and severally, and in his favor in an amount to be determined at trial, but not less than $8,416.00, which is two times the total wages and overtime compensation

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3610480_2

owed, reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By: _____/s/ *Mary Craine Lombardo*_____
Mary Craine Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – facsimile
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3610480_2