**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOISES ISAIAS PINEDA GOMEZ | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Case No. 14-00928 JEB |
| | : | |
| GSF LLC d/b/a G STREET FOOD, | : | |
| *et al.* | : | |
| | : | |
| Defendant | : | |

**NOTICE OF DISMISSAL**

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Moises Isaias Pineda Gomez hereby

dismisses the above-captioned action with prejudice.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:        /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – facsimile
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3726008_1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2014, a copy of the foregoing was served, via the Court's electronic case filing system, on the following person(s):

Scott H. Rome
Stephen J. Whelan
The Veritas Law Firm
1225 Nineteenth Street, NW, Suite 320
Washington, DC  20036


/s/ *Mary Craine Lombardo*
Mary Craine Lombardo

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3726008_1